# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP 29 PM 4: 51

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| Hospice Savannah, Inc., a Georgia Not for Profit Corporation, | Case No.  4:15-cv-00253-JRH-BKE |
| _____ Plaintiff | |
| v.  Sylvia Mathews Burwell, Andrew Slavitt, and Palmetto GBA, | Appearing on behalf of Plaintiff Hospice Savannah, Inc. |
| _____ Defendants | _____ (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 29th day of September, 2015.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | William Jerad Rissler |
| Business Address: | Arnall Golden Gregory LLP |
| | Firm/Business Name |
| | 171 17th Street NW, Suite 2100 |
| | Street Address |
| | Atlanta   GA   30363 |
| | Street Address (con't)   City   State   Zip |
| | Same |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | (404) 873-8780     142024 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | jerad.rissler@agg.com |