# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **3:15cv037**  DATE **10/9/2015**

TITLE **Hospice Savannah, Inc. v. Burwell et al**

TIMES **10:03 - 10:09**  TOTAL **6 minutes**

Honorable: **Brian K. Epps, United States Magistrate Judge**  Courtroom Deputy: **Rebecca Cirillo**

Court Reporter: **FTR**  Interpreter:

Attorney for Plaintiff
**Jason E. Bring**
**Patrick T. O'Connor**
**William Jerad Rissler**

Attorney for Defendant(s)
**Edgar Bueno**

Attorney for

PROCEEDINGS: **TELECONFERENCE**  ☑ In Court  ☐ In Chambers

Follow-up teleconference scheduled for Monday, 10/19/2015 at 10:00 AM.

(Rev 7/2003)  GENERAL CLERK'S MINUTES